WILLIAM G. BATES et al., Respondents, *v.* UNITED LIFE INSURANCE ASSOCIATION, Appellant.

(Argued April 26, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon

an order made March 20, 1893, which affirmed a judgment in favor of plaintiffs entered upon an order of Special Term which granted a motion for judgment upon the pleadings.

*Harry Wilber* and *Matthew Hale* for appellant.

*Wm. Ives Washburn* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.  _____